**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Morton Willcutts, Jr., | Civil No. 06-2932 (RHK/SRN) |
| Petitioner, | **ORDER** |
| v. | |
| R.L. Morrison, | |
| Respondent. | |

---

The Court's Order (Doc. No. 8) filed August 30, 2006, is **VACATED**.


Dated:  August 30, 2006

                                           s/Richard H. Kyle
                                           RICHARD H. KYLE
                                           United States District Judge